**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **In the Matter of**: | } |
| | } Case No. 20-15659 |
| James E. Kyles | } |
| | } Chapter 13 |
| | } |
| **Debtor(s)** | } Judge Timothy A. Barnes |

**NOTICE OF MOTION**

TO:

**Marilyn O. Marshall**, Chapter 13 Trustee, 224 South Michigan, Suite 800, Chicago, IL 60604, via electronic court notification;

**Internal Revenue Service**, PO Box 7346, Philadelphia, PA 19101, via U.S. Mail;

**Illinois Dept. of Healthcare & Family**, Division of Child Support Enf., 509 South 6th, 4th Floor, Springfield, IL 62701, via U.S. Mail;

**Airrell Grissett**, 222 Paine Street, Kiel, WI 53042, via U.S. Mail;

**James E. Kyles**, 6717 South Campbell, Chicago, IL 60629; via U.S. mail;

SEE ATTACHED ADDRESSES

PLEASE TAKE NOTICE that on December 1, 2022, at 9:30 a.m., I will appear before the Honorable Timothy A. Barnes, or any judge sitting in that judge's place, either in courtroom 744 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, or electronically as described below, and present the motion of Debtor to Modify Plan, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 161 329 5276, and the passcode is 433658. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

## PROOF OF SERVICE

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 8707 Skokie Blvd Suite 305, Skokie, IL 60077 on October 31, 2022, except that the Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

/s/ David Freydin_____
David Freydin, Esq
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, IL 60077
Phone: 847.972.6157

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 20-15659<br>Northern District of Illinois<br>Eastern Division<br>Sat Aug 15 09:47:46 CDT 2020 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Airrell Grissett<br>222 Paine Street<br>Kiel, WI 53042-1156 |
| Calumet County Clerk of Courts<br>206 Court Street<br>Chilton, WI 53014-1198 | Capital One<br>P.O. Box 70886<br>Charlotte, NC 28272-0886 | Charter Cable<br>12405 Powerscourt Dr<br>Saint Louis, MO 63131-3673 |
| City of Chicago Dept of Finance<br>121 N. LaSalle Street, 7th Floor<br>Chicago, IL 60602-1202 | ComEd<br>P.O. Box 805379<br>Chicago, IL 60680-4179 | Comcast<br>171 JFK Blvd<br>Philadelphia, PA 19103 |
| Credence Resource Management, LLC<br>17000 Dallas Parkway<br>Suite 204<br>Dallas, TX 75248-1940 | Enhanced Recovery Corp<br>ATTN: Bankruptcy<br>8014 Bayberry Road<br>Jacksonville, FL 32256-7412 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Ill. Dept. of Healthcare & Family<br>Division of Child Support Enf.<br>509 South 6th, 4th Floor<br>Springfield, IL 62701-1809 | LTD Financial Services<br>3200 Wilcrest Drive<br>Suite 600<br>Houston, TX 77042-6000 | National Credit Adjusters, LLC<br>327 West 4th Avenue<br>Po Box 3023<br>Hutchinson, KS 67504-3023 |
| OAC Collection Specialists<br>Attn: Bankruptcy<br>Po Box 500<br>Baraboo, WI 53913-0500 | Peoples Gas<br>130 East Randolph Street<br>Chicago, IL 60601-6207 | Riveredge Hospital<br>8311 Roosevelt Rd<br>Forest Park, IL 60130-2500 |
| State Farm<br>1 State Farm Plaza<br>Bloomington, IL 61710-0001 | Time Warner Cable<br>One Time Warner Center<br>New York, NY 10019-6038 | Verizon Wireless<br>P.O. Box 5029<br>Wallingford, CT 06492-7529 |
| David Freydin<br>Law Offices of David Freydin Ltd<br>8707 Skokie Blvd<br>Suite 312<br>Skokie, IL 60077-2269 | James E. Kyles<br>6717 South Campbell<br>Chicago, IL 60629-1332 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | End of Label Matrix<br>Mailable recipients    24<br>Bypassed recipients     0<br>Total                  24 | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **In the Matter of**: | } |
| | } Case No. 20-15659 |
| James E. Kyles | } |
| | } Chapter 13 |
| | } |
| **Debtor(s)** | } Judge Timothy A. Barnes |

### DEBTOR'S MOTION TO MODIFY PLAN

NOW COMES THE DEBTOR, James Kyles, by and through his attorney, David Freydin, and requests that this Honorable Court modify the Chapter 13 Plan under Section 1329 for the reasons below, and in support thereof, states as follows:

1. That the Debtor filed a Chapter 13 bankruptcy petition in the Northern District of Illinois, Eastern Division as case number 20-15659 on August 14, 2020.

2. That this Honorable Court confirmed Debtor's Chapter 13 Plan on November 12, 2020, with secured creditors to be paid 100.00% and general unsecured creditors to be paid 100.00%.

3. That the Debtor has not converted the instant Chapter 13 case to a Chapter 7 case.

4. That the Debtor's confirmed plan requires him to pay $315.00 per month for 60 months.

5. That the Debtor changed jobs a few months ago but didn't remember to inform his attorney.

6. That because he changed jobs, all payroll deductions ceased.

7. That this Honorable Court entered a new payroll deduction order on September 15, 2022.

8. That the Debtor can maintain payments, but not get fully caught up.

9. That the Debtor asks this Honorable Court to defer the current default so that he may successfully complete his Chapter 13 case continuing to pay the secured and unsecured creditors 100% of their allowed claims.

10. That by deferring the current default, the creditors that have filed claims in this case will receive more than they would if the case were dismissed, or if the Debtor was forced to convert case to one arising under Chapter 7 of the Bankruptcy Code.

11. That the Debtor filed the instant case in good faith and intends to complete the Plan of Reorganization.

WHEREFORE THE MOVANT PRAYS that this Honorable Court enter an order modifying the Chapter 13 plan to:

A. That this Honorable Court enter an order modifying the Debtor's Chapter 13 Plan in order to defer the current default;

B. For such other and further relief this Court deems just and proper.


/s/ David Freydin_____
David Freydin
Law Offices of David Freydin, PC
8707 Skokie Blvd., Suite 312
Skokie, IL 60077
Phone: 847.972.6157